BRYAN T. DAKE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Bryan.Dake@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

DEC 1 6 2021

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 21-112-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | STRANGULATION<br>(Counts I and II)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(8)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |
| ISAIAH BENJAMIN ANTELOPE,<br>Defendant. | ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY TO A DATING OR INTIMATE PARTNER<br>(Count III)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(7)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release) |

1

THE GRAND JURY CHARGES:

COUNT I

That in or around February 2020, near Lame Deer within Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, ISAIAH BENJAMIN ANTELOPE, an Indian person, assaulted Jane Doe, a spouse, intimate partner, and dating partner of the defendant, ISAIAH BENJAMIN ANTELOPE, by strangling Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(8).

COUNT II

That in or around July 2020, near Lame Deer within Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, ISAIAH BENJAMIN ANTELOPE, an Indian person, assaulted Jane Doe, a spouse, intimate partner, and dating partner of the defendant, ISAIAH BENJAMIN ANTELOPE, by strangling Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(8).

COUNT III

That in or around July 2020, near Lame Deer in Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern

Cheyenne Indian Reservation, being Indian Country, the defendant, ISAIAH BENJAMIN ANTELOPE, an Indian person, intentionally assaulted Jane Doe, a spouse, intimate, and dating partner of the defendant, ISAIAH BENJAMIN ANTELOPE, said assault resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

3