IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAH BENJAMIN ANTELOPE,<br><br>Defendant. | CR 21-112-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Change of Plea Hearing set for Friday, April 8, 2022 at 1:30 p.m. is **VACATED** and **RESET** for **Friday, April 8, 2022 at 9:30 a.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 7th day of April, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1